NUMBER 13-08-010-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


JAMES PORIS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On Appeal from the 347th District Court 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, James Poris, attempts to appeal his conviction for aggravated assault. 
The trial court has certified that this "is a plea-bargain case, and the defendant has NO
right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On January 23, 2008, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On February 22, 2008, counsel filed a letter brief with this Court. Counsel's
response does not establish that the certification currently on file with this Court is incorrect
or that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see also Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal
is DISMISSED. Any pending motions are denied as moot.

 PER CURIAM

Do not publish. 

Tex.R.App.P. 47.2(b)


Memorandum Opinion delivered 

and filed this the 28th day of February, 2008.